No. 67856.—Morris Friedman v. United States, protests 61/6658 and 62/12897 (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of wreaths and corsages in chief value of vegetable fibers similar in all material respects to those the subject of Abstracts 63552 and 66093, the claim of the plaintiff was sustained.

No. 67857.—A. N. Deringer, Inc., et al. v. United States. protests 61/20518, etc. (Portland, Maine).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise consists of seaweeds of the Irish moss variety, not further manufactured than ground, powdered, or granulated, the claim of the plaintiffs was sustained.

No. 67858.—Williams, Clarke Co., Inc. v. United States, protest 60/30995 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise, described on the invoice as "1 pc. Horse head 'Bardiglio,'" "1 pc. Figure with elephant," "1 pc. Girl figure," "2 pcs. Anphores hand carved em. 82," and "1 pc. Group of horses," consists of works of art or copies thereof, the claim of the plaintiff was sustained.